| | |
|---|---|
| DALE L. ALLEN, # 145279<br>DIRK D. LARSEN, # 246028<br>LOW, BALL & LYNCH<br>505 Montgomery Street, 7th Floor<br>San Francisco, California  94111-2584<br>Telephone (415) 981-6630<br>Facsimile (415) 982-1634<br>dallen@lowball.com<br>dlarsen@lowball.com | JOHN HOUSTON SCOTT, # 145279<br>LIZABETH N. DE VRIES, # 227215<br>SCOTT LAW FIRM<br>1388 Sutter Street, Suite 715<br>San Francisco, California 94109<br>Telephone (415) 561-9600<br>Facsimile (415 561-9609<br>john@scottlawfirm.net<br>liza@scottlawfirm.net |
| Attorneys for Defendants<br>BAY AREA RAPID TRANSIT DISTRICT,<br>J. MEHSERLE, F. GUANSON, K, SMITH,<br>D. HORNER and R. HANEY | Attorneys for Plaintiff<br>KENNETH CARRETHERS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH CARRETHERS,<br><br>          Plaintiff,<br><br>vs.<br><br>BAY AREA RAPID TRANSIT DISTRICT, J. MEHSERLE, F. GUANSON, K. SMITH, D. HORNER, R. HANEY and DOES 1-25, inclusive,<br><br>          Defendants. | Case No. CV 09 1101 MHP<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE<br><br>Date:        December 15, 2009<br>Time:       10:00 a.m.<br>Courtroom:  B, 15th Floor<br><br>Judge:      Hon. Maria-Elena James |

The parties to the above-captioned action, through their respective counsel, hereby stipulate as follows and request that the Court enter an order pursuant to their stipulation:

1. That the settlement conference currently scheduled for December 15, 2009, at 10:00 a.m., be continued to a date to be determined at the March 22, 2010 case management conference;

The grounds for this request are as follows:

1. The parties are presently exchanging written discovery, and are scheduling the depositions of multiple BART employees to take place in January 2010;

2. On November 23, 2009, the Court denied plaintiff Carrethers' motion to compel defendant Mehserle's deposition, vacated the trial dates, and set a further case management conference

1  for March 22, 2010;

2       3.    The parties believe that settlement discussions will be more meaningful once the discovery referenced above has been completed.

4       SO STIPULATED.

6       Dated: December 8, 2009.

7                                    LOW, BALL & LYNCH

9                         By__s/ Dirk D. Larsen_____
10                          DALE L. ALLEN, JR.
                          DIRK D. LARSEN
11                          Attorneys for Defendant
                          BAY AREA RAPID TRANSIT DISTRICT
                          J. MEHSERLE, F. GUANSON, K, SMITH, D.
12                          HORNER and R. HANEY

14      Dated:  December 8, 2009.

15                               SCOTT LAW FIRM

17                        By__s/ Lizabeth N. de Vries_____
                          JOHN HOUSTON SCOTT
18                          LIZABETH N. DE VRIES
                          Attorneys for Plaintiff
19                          KENNETH CARRETHERS

-2-
STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE
J:\1752\SF0209\P-stip-cont-sc.wpd                                           US DISTRICT COURT NO. 3:09-cv-01101 MHP

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties herein, and good cause appearing therefor, it is HEREBY ORDERED:

1.  That the settlement conference currently scheduled for December 15, 2009, at 10:00 a.m., be continued to a date to be determined at the March 22, 2010 case management conference.

IT IS SO ORDERED.

Dated: 12-10-09 .

_____
HON. MARIA-ELENA JAMES
U.S. CHIEF MAGISTRATE JUDGE