**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH CARRETHERS,                                Case No. C09-1101 EMC

        Plaintiff,                                **ORDER DIRECTING COURT**
                                                  **TO FURNISH DAILY REFRESHMENTS**
    v.

BAY AREA RAPID TRANSIT, et al.,

        Defendants.
_____/

    **IT IS HEREBY ORDERED** that the United States District Court shall furnish daily

refreshments for the seven (7) members of the jury in the above-entitled matter at the expense

of the United States on November 22, 23, 28, 29, 30, and December 1, 2011and all days

thereafter as long as jury is in deliberation.  Refreshments shall be delivered to the jury room

for Courtroom 5, 17th Floor by 7:45 a.m.

    IT IS SO ORDERED.

Dated:  November 14, 2011

_____
EDWARD M. CHEN
United States District Judge