Dale Long Allen Jr. (SBN 145279)
Dirk Larsen (SBN 246028)
**LOW BALL & LYNCH**
505 Montgomery Street, 7 floor
San Francisco, CA 94111-2584
Tel: (415) 981-6630
Fax: (415) 982-1634
Email:dallen@lowball.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH CARRETHERS<br><br>　　　Plaintiff,<br><br>v.<br><br>BAY AREA RAPID TRANSIT, J. MEHSERLE, F. GUANZON, K. SMITH, D. HORNER, R. HANEY and DOES 1-25, inclusive.<br><br>　　　Defendants. | Case No.: 3:09-cv-01101-EMC<br><br>**DEFENDANTS' FINAL WITNESS LIST**<br><br><br>Judge:　Hon. Edward M. Chen<br>Trial:　November 21, 2011 |

　　　Pursuant to the Court's November 14, 2011 Final Pretrial Conference Order, the defendants respectfully submit their final, updated witness list for trial below.


DATED: November 18, 2011　　　　　　　　　　**LOW BALL & LYNCH**


　　　　　　　　　　　　　　　　　　　　　By:　s/ Dirk D. Larsen
　　　　　　　　　　　　　　　　　　　　　　　DALE ALLEN
　　　　　　　　　　　　　　　　　　　　　　　DIRK LARSEN
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants

**Defendant's Updated, Final Witness List**

| # | Witness | Substance of Testimony | Length of Examination (Direct & Cross) | BLANK for Court Use |
|---|---------|------------------------|----------------------------------------|---------------------|
| 1 | Johannes Mehserle | Mehserle will testify re: the subject incident, including the amount of force used against Plaintiff and the basis for that force. | 2 hours | |
| 2 | BART Officer Horner | Horner will testify re: the subject incident, including the amount of force used against Plaintiff and the basis for that force. | 2 hours | |
| 3 | BART Officer Haney | Haney will testify re: the subject incident, including the amount of force used against Plaintiff and the basis for that force. | 2 hours | |
| 4 | BART Officer Guanzon | Guanzon will testify re: the subject incident, including the amount of force used against Plaintiff and the basis for that force. | 2 hours | |
| 5 | BART Sgt. Smith | Smith will testify re: the subject incident, including the amount of force used against Plaintiff and the basis for that force. | 2 hours | |
| 6 | Lila Dinkins | Dinkins will testify re: the subject incident, including the force used against Plaintiff, the basis for that force, and Plaintiff resisting arrest. | 1.5 hours | |
| 7 | Heath Cunningham | Cunningham will testify re: the subject incident, including Plaintiff resisting arrest. | 1.5 hours | |
| 8 | Jeffrey Martin | Martin, a retained expert witness, will testify re: Plaintiff's arrest and the use of force against him, and whether individual Defendants' conduct met standard police practices and procedures.<br><br>Martin will testify that all officers possessed probable | 3 hours | |

| | | | | |
|---|---|---|---|---|
| | | cause to arrest Plaintiff and that all officers used reasonable force in arresting Plaintiff. Among other things, Martin's opinion is based upon case-related documents (including Complaint, deposition transcripts, and police reports), BART General Orders, and POST Learning Domains. Per the Court's Pretrial Order, a copy of Martin's CV and reports are attached as "Appendix D." | | |
| 9 | BART Sgt. Eugene Wong | Wong, a non-retained expert witness, will testify re: the manner and means of the individual Defendants' training on use-of-force. | 2 hours | |
| 10 | BART Sgt. David Chlebowski | Chlebowski will testify re: Carrethers' Internal Affairs complaint re: the subject incident, a complaint which Carrethers opened but never pursued. | 1 hour | |
| 11 | Alameda Deputy District Attorney Robert Hartman | Hartman will testify as to the dismissal of Carrethers' criminal complaint re: the subject incident, including whether he believed Carrethers to be innocent of the alleged charges. | 1 hour | |
| 12 | BART Officer Ichimaru | Ichimaru will testify re: the transportation of Plaintiff to the hospital. | 1 hour | |

- 3 -

**DEFENDANTS' FINAL WITNESS LIST**