Christopher B. Dolan (SBN 165358)
Anne Costin (SBN 260126)
**THE DOLAN LAW FIRM**
The Dolan Building
1438 Market Street
San Francisco, CA  94102
Tel:  (415) 421-2800
Fax:  (415) 421-2830
chris@cbdlaw.com
anne.costin@cbdlaw.com

John Houston Scott (SBN 72578)
Lizabeth N. de Vries (SBN 227215)
**SCOTT LAW FIRM**
13885 Sutter Street, Suite 715
San Francisco, CA 94109
Tel: (415) 561-9600
Fax: (415) 561-9609
john@scottlawfirm.net
liza@scottlawfirm.net

Attorneys for Plaintiff
KENNETH CARRETHERS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH CARRETHERS,<br><br>     Plaintiff,<br><br>v.<br><br>BAY AREA RAPID TRANSIT, J. MEHSERLE, F. GUANZON, K. SMITH, D. HORNER, R. HANEY and DOES 1-25, inclusive,<br><br>     Defendants. | Case No.: CV 09-1101 EMC<br><br>**PLAINTIFF'S REQUEST FOR ORDER ALLOWING POSTER IN COURTROOM**<br><br> ORDER<br><br><br>Dept:  Courtroom 5, 17th Floor<br>Judge: Hon. Edward M. Chen<br>Trial Date:    November 21, 2011 |

THE
DOLAN
LAW FIRM
TRIAL LAWYERS
THE DOLAN BUILDING
1438 MARKET STREET
SAN FRANCISCO, CA
94102
TEL:  (415) 421-2800
FAX: (415) 421-2830

1

PLAINTIFF'S REQUEST FOR ORDER ALLOWING POSTER IN COURTROOM (No.: CV 09-1101 EMC)

1    Plaintiff respectfully requests this Court give permission for Plaintiff to bring a blow-up poster

2    exhibit into the Federal Courthouse to be used at trial.

3

4

5    DATE: November 18 , 2011                    **THE DOLAN LAW FIRM**

6

7                                    By:    _____/s/_____

8                                           Christopher B. Dolan
                                            John Houston Scott
9                                           Lizabeth N. de Vries
                                            Anne Costin
10                                          Attorneys for Plaintiff CARRETHERS

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**THE**
**DOLAN**
**LAW FIRM**
TRIAL LAWYERS
THE DOLAN BUILDING
1438 MARKET STREET
**SAN FRANCISCO,**
**CA**
94102
TEL: (415) 421-2800
FAX: (415) 421-2830

PLAINTIFF'S REQUEST FOR ORDER ALLOWING POSTER IN COURTROOM (No.: CV 09-1101 EMC)

1    **[Proposed] ORDER ON PLAINTIFF'S REQUEST TO ALLOW POSTER IN COURTROOM**

2

3           Kenneth Carrethers, through his attorneys, may bring a blow-up poster for use at trial past the

4    Court security between November 21, 2011 and December 1, 2011.

5

6

7    IT IS SO ORDERED.



THE
DOLAN
LAW FIRM
TRIAL LAWYERS
THE DOLAN BUILDING
1438 MARKET STREET
SAN FRANCISCO,
CA
94102
TEL:   (415) 421-2800
FAX:  (415) 421-2830

PLAINTIFF'S REQUEST FOR ORDER ALLOWING POSTER IN COURTROOM (No.: CV 09-1101 EMC)