John Houston Scott (SBN 72578)
Lizabeth N. de Vries (SBN 227215)
**SCOTT LAW FIRM**
1388 Sutter Street, Suite 715
San Francisco, CA 94109
Tel:  (415) 561-9600
Fax: (415) 561-9609
Email: john@scottlawfirm.net
Email: liza@scottlawfirm.net

Chris B. Dolan (SBN 165358)
Anne Casey Costin (SBN 260126)
**DOLAN LAW FIRM**
1438 Market Street
San Francisco, CA  94102
Tel:  (415) 421-2800
Fax: (415) 421-2830
Email: chris@cbdlaw.com
Email: anne.costin@cdblaw.com

Attorneys for Plaintiff

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH CARRETHERS<br><br>    Plaintiff,<br><br>v.<br><br>BAY AREA RAPID TRANSIT, J. MEHSERLE, F. GUANZON, K. SMITH, D. HORNER, R. HANEY and DOES 1-25, inclusive.<br><br>    Defendants. | Case No.: 3:09-cv-01101-EMC<br><br>**PLAINTIFF'S FINAL WITNESS LIST**<br><br>Judge:   Hon. Edward M. Chen<br>Trial:     November 21, 2011 |

As requested by this Court's during in the Final Pretrial Conference Order, Plaintiff Kenneth Carrethers respectfully submits the following final witness list with *estimates* of durations of each witness's testimony.  Respectfully submitted,

DATED: November 18, 2011                **SCOTT LAW FIRM**

                                   By: _____//s//_____
                                        LIZABETH N. DE VRIES
                                        JOHN HOUSTON SCOTT
                                        Attorneys for Plaintiff

- 1 -
**PLAINTIFF'S FINAL WITNESS LIST**

SCOTT LAW FIRM
1388 SUTTER STREET, SUITE 715
SAN FRANCISCO, CA 94109

| **Plaintiff's Amended Witness List** | | | |
|---|---|---|---|
| **Witness** | **Summary of Expected Testimony** | *Estimated* **Length of Testimony (direct or cross given 14-hour limit)** | **BLANK for Court Use** |
| Plaintiff Kenneth Carrethers | Plaintiff Carrethers will testify about his interactions with the Defendants on November 15 and 16, 2008, and regarding the injuries (physical, emotional, and financial) he incurred as a result of Defendants' conduct. Carrethers will testify about the criminal charges brought against him, his incarceration, and regarding the DA's subsequent dismissal of the charges against him due to insufficient evidence. Carrethers will testify about his attempts to file a complaint with BART's Internal Affairs division. | 2 hours | |
| Defendant Johannes Mehserle | Defendant Mehserle will testify about the training he received from POST and BART regarding first amendment rights, arrest techniques, use of force, use of restraints, and report writing and evidence collection. Defendant Mehserle will testify about the interactions he and other Officers had with Plaintiff on November 15 and 16, 2008. Mehserle will testify regarding his decision not to request video from the BART station cameras, his failure to obtain witness statements, and his documentation (or lack thereof) regarding the incident. Mehrsele will testify regarding the probable cause declaration he executed. | 2.5 hours | |
| Defendant Sgt. Keith Smith | Defendant Smith will testify about his interactions he and other Officers had with Plaintiff on November 15, 2008. Smith will testify regarding his decision not to request video from the BART station cameras, his failure to obtain witness statements, and his documentation (or lack thereof) regarding the incident. | 1.5 hours | |
| Defendant Ofc. Douglas Horner | Defendant Horner will testify about his interactions he and other Officers had with Plaintiff on November 15, 2008. Horner will testify regarding his decision not to request video from the BART station cameras, his failure to obtain witness statements, and his documentation (or lack thereof) regarding the incident. | 1 hours | |

- 2 -

**PLAINTIFF'S FINAL WITNESS LIST**

| Witness | Summary of Expected Testimony | *Estimated* Length of Testimony (direct or cross given 14-hour limit) | BLANK for Court Use |
|---|---|---|---|
| Defendant Ofc. Robert Haney | Defendant Haney will testify about his interactions he and other Officers had with Plaintiff on November 15, 2008. Haney will testify regarding his decision not to request video from the BART station cameras, his failure to obtain witness statements, and his documentation (or lack thereof) regarding the incident. | 1 hours | |
| Defendant Ofc. Frederick Guanzon | Defendant Guanzon will testify about his interactions he and other Officers had with Plaintiff on November 15, 2008. Guanzon will testify regarding his decision not to request video from the BART station cameras, his failure to obtain witness statements, and his documentation (or lack therof) regarding the incident. | 1.5 hours | |
| Witness BART Chief Gary Gee | Chief Gee will testify regarding BART's policies and procedures regarding first amendment rights, arrest techniques, use of force, use of restraints, and report writing and evidence collection. Gee will testify regarding the manner in which Internal Affairs handled Plaintiff's attempted complaints. Gee will testify regarding the procedure by which BART Officers forward cases to the DA for prosecution. | 1.5 hours | |
| Witness BART Station Agent Heath Cunningham | Witness Cunningham will testify about the interaction he observed on November 15, 2008 between Plaintiff and Defendants. | 1 hour | |
| Witness BART Station Agent Lila Dinkins | Witness Dinkins will testify about the interaction he observed on November 15, 2008 between Plaintiff and Defendants. | 1hour | |
| Plaintiff's police procedures expert Roger Clark | Expert Clark will testify about the proper procedures for Officers (as trained by POST and BART) regarding first amendment rights, arrest techniques, use of force, use of restraints, and report writing and evidence collection. Expert Clark will opine as to whether Defendants' actions relating to Plaintiff's arrest were in accord with those police procedures. | 1.5 hours | |

SCOTT LAW FIRM
1388 SUTTER STREET, SUITE 715
SAN FRANCISCO, CA 94109

- 3 -

**PLAINTIFF'S FINAL WITNESS LIST**

| Witness | Summary of Expected Testimony | *Estimated* Length of Testimony (direct or cross given 14-hour limit) | BLANK for Court Use |
|---|---|---|---|
| Defendants' police procedures expert Jeffrey Martin | Expert Martin will testify about the proper procedures for Officers (as trained by POST and BART) regarding first amendment rights, arrest techniques, use of force, use of restraints, and report writing and evidence collection. Expert Clark will opine as to whether Defendants' actions relating to Plaintiff's arrest were in accord with those police procedures. | 1 hours | |
| Alameda County District Attorney Robert Hartman | Cross examination | .5 hour | |
| BART Sgt. Eugene Wong | Cross examination | 1 hour | |
| BART Sgt. David Chlebowski | Cross examination | .5 hour | |
| BART Officer Ichimaru | Cross examination | .5 hour | |

SCOTT LAW FIRM
1388 SUTTER STREET, SUITE 715
SAN FRANCISCO, CA 94109

- 4 -

**PLAINTIFF'S FINAL WITNESS LIST**