UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH CARRETHERS,<br><br>   Plaintiff,<br><br>  v.<br><br>BAY AREA RAPID TRANSIT, *et al.*,<br><br>   Defendants.<br>_____/ | No. C-09-1101 EMC<br><br>**FINAL JURY INSTRUCTIONS – ADDITION OF JURY INSTRUCTION NO. 33A** |

**FINAL JURY INSTRUCTIONS**

**JURY INSTRUCTION NO. 33A**

**LEGAL RELATIONSHIP NOT DISPUTED**

In this case the individual Defendants were employees of BART.

With respect to the state claims, because the individual Defendants were acting within the scope of their employment when the incident occurred, BART would be responsible for any harm caused by their conduct.