**United States District Court**
For the Northern District of California

1

2

3

4

5                     UNITED STATES DISTRICT COURT

6                   NORTHERN DISTRICT OF CALIFORNIA

7

8    KENNETH CARRETHERS,                        No. C-09-1101 EMC

9              Plaintiff,

                                                **RESPONSE TO NOTE NO. 7 AND NOTE**
10        v.                                     **NO. 8**

11   BAY AREA RAPID TRANSIT, *et al.*,

12             Defendants.
     _____/
13

14

15   **Response to Note 7:**

16        Jury Instruction No. 29, lines 12-13 and Step 2 pertains to or encapsulates Penal Code

17   § 148(a)(1).

18        Jury Instruction No. 29, lines 13-15 and Step 1 pertains to or encapsulates Penal Code § 69.

19

20   **Response to Note 8:**

21        Although the Learning Domains were read from during the testimony of certain witnesses at

22   trial, these documents were not introduced into evidence.  You should rely on your memory and

23   notes as to testimony pertaining to those Learning Domains, including the trial testimonies of Chief

24   Gee, Sgt. Wong, and Mr. Clark.

25

26

27

28